UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO COSYLEON, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC. <br><br> Defendants. | Case No.: 2:21-cv-01155 JAM DB <br><br> **ORDER RE STIPULATION TO MODIFY PRE-TRIAL ORDER** |

The Court, having received the joint Stipulation of both parties in this matter for the continuance of expert witness discovery deadlines, finds that it is appropriate to extend the expert witness discovery deadlines to coincide with the below table reflecting the new deadlines.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 5/30/23 | **6/15/23** |
| All other deadlines | Unchanged | **UNCHANGED** |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED.**

Dated: May 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE