JOSHUA S. GOODMAN – State Bar #116576
PATRICIA L. BONHEYO - State Bar #194155
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO COSYLEON,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT, et al.<br><br>                    Defendants. | Case No.  2:21-cv-01155-JAM-DB<br><br>**JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Pursuant to the Court's September 2, 2021 Pretrial Scheduling Order (Pacer Doc. 9) discovery in this matter closed on August 30, 2023. All depositions had been scheduled to have been concluded prior to August 30, 2023. At present, four depositions remain to be taken. Fact witness Dawn Rice is scheduled to be deposed on August 24, 2023. Home Depot's witness was scheduled to be deposed on August 25, 2023. However, on August 21, 2023, counsel for Plaintiff advised counsel for Defendant that due to a personal matter, he was no longer available on August 25, 2023 and requested an alternative date. All counsel and the witness are available on September 1, 2023. The other two depositions are of two of Plaintiff's experts. One is scheduled to be deposed on August 29th and the final witness had been scheduled to be deposed on August 18th but due to the expert's schedule, that deposition did not go forward.

Counsel have met and conferred and jointly request that the deadline to complete discovery be extended by two weeks from August 30, 2023 to September 13, 2023 so that these final two depositions can take place.

Respectfully submitted.

## ECF CERTIFICATION

I, Charles Caraway, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

Dated: August 22, 2023                DEL RIO & CARAWAY, P.C.

By    */s/ Charles Caraway*
       CHARLES CARAWAY
       Attorneys for Plaintiff Mario Cosyleon

## ECF CERTIFICATION

I, Joshua S. Goodman, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

Dated: August 22, 2023                GOODMAN NEUMAN HAMILTON LLP

By    */s/ Joshua S. Goodman*
       JOSHUA S. GOODMAN
       Attorneys for Defendant Home Depot U.S.A., Inc.

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-
JOINT REQUEST TO MODIFY SCHEDULING ORDER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO COSYLEON,<br><br>             Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>             Defendants. | Case No. 2:21-cv-01155 JAM DB<br><br>**ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

Based on the joint request and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Disclosure | 8/30/23 | **9/13/2023** |
| All other deadlines | Unchanged | **UNCHANGED** |

Counsel **SHALL** contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, <u>prior</u> to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED.**

Dated: August 29, 2023            /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE